**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 12-2564**

─────────

SAAD USMAN LODHI,

                    Plaintiff - Appellant,

          v.

FAIRFAX COUNTY, Board of Supervisors/Virginia,

                    Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:12-cv-01108-JCC-JFA)

─────────

Submitted: March 26, 2013          Decided:  March 28, 2013

─────────

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Saad Usman Lodhi, Appellant Pro Se.   Sarah Wallace Townes,
COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saad Usman Lodhi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lodhi v. Fairfax Cnty., No. 1:12-cv-01108-JCC-JFA (E.D. Va. Dec. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED